UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christina Zortman,

      Plaintiff,

v.                                                         Civil No. 10-3086 (JNE/FLN)
                                                     ORDER

J.C. Christensen & Associates, Inc.,

      Defendant.

In an Order dated August 2, 2011, the Honorable Franklin L. Noel, United States Magistrate Judge, granted Plaintiff's motion to compel responses to Interrogatories 5, 7, and 8 and production of documents responsive to Document Requests 3, 9, and 11. Defendant objected to the Order and Plaintiff responded. The Court has reviewed the record and does not find the Order to compel to be clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, IT IS ORDERED THAT the Order to compel [Docket No. 31] is AFFIRMED.

Dated: September 6, 2011

                                                                     s/Joan N. Ericksen
                                                                     JOAN N. ERICKSEN
                                                                     United States District Judge