## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Christina Zortman,                                Civil File No. 10-cv-3086 JNE/FLN

      Plaintiff,

vs.                                          **DEFENDANT'S NOTICE OF SUBSEQUENT AUTHORITY**

J.C. Christensen & Associates, Inc.,

      Defendant.

---

Defendant respectfully submits notice of the following United States Supreme Court decision issued yesterday, which addresses whether plaintiffs may recover "emotional distress" damages under a federal statute with a remedy provision and legislative history similar to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k. *Federal Aviation Administration v. Cooper*, 566 U.S. ---, No. 10-1024 (March 28, 2012) (The Privacy Act of 1974, 5 U.S.C. § 552a(g)(4)(A), which provides for "actual damages sustained", does <u>not</u> include non-pecuniary, emotional distress damages) (compare to discussion on pp. 13-14 of Defendant's brief, Doc. 50).

                                            **BASSFORD REMELE**
                                            *A Professional Association*

Dated: March 29, 2012          By <u>s/Christopher R. Morris</u>
                                            Michael A. Klutho (License #186302)
                                            Christopher R. Morris (License #230613)
                                            Jessica Schulte Williams (License #313993)
                                            Attorneys for Defendant
                                            33 South Sixth Street, Suite 3800
                                            Minneapolis, Minnesota  55402-3707
                                            (612) 333-3000