✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christina Zortman

V.

J.C. Christensen & Associates, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-cv-3086 (JNE/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Summary Judgment [Docket No. 48] is GRANTED.

2. Plaintiff's Complaint [Docket No. 1] is DISMISSED.

| May 2, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/L. Brennan |
| | (By) L. Brennan, Deputy Clerk |